**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JANE DOE (L.M.H.), AN INDIVIDUAL,

PLAINTIFF

v.

WYNDHAM HOTELS & RESORTS, INC.,
WYNDHAM HOTEL GROUP, LLC, DAYS
INNS WORLDWIDE, INC., AAP
REDEVELOPMENT, LLC

DEFENDANTS

CIVIL ACTION NO: 2:25-cv-16781

# ORDER

### PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANTS, WYNDHAM HOTELS & RESORTS, INC., WYNDHAM HOTEL GROUP, LLC, DAYS INNS WORLDWIDE, INC., AAP REDEVELOPMENT, LLC

COMES NOW, Plaintiff Jane Doe (L.M.H.), an individual, and files this Notice of Dismissal of Defendants Wyndham Hotels & Resorts, Inc., Wyndham Hotel Group, LLC, Days Inns Worldwide, Inc., and AAP Redevelopment, LLC, and in support thereof provide as follows:

I.

1.      Plaintiff's Original Complaint named Defendants Wyndham Hotels & Resorts, Inc., Wyndham Hotel Group, LLC, Days Inns Worldwide, Inc., and AAP Redevelopment, LLC, have not answered or filed any dispositive motions, nor have they filed any motions for summary judgment.

2.      Pursuant to Federal Rule 41(a)(1)(A)(i), Plaintiff is entitled to dismissal of her claims against Defendants Wyndham Hotels & Resorts, Inc., Wyndham Hotel Group, LLC, Days Inns Worldwide, Inc., and AAP Redevelopment, LLC, by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever

first occurs. Neither has occurred here; therefore, Plaintiff is entitled to this dismissal.

3.     Plaintiff hereby gives notice of dismissal of all claims against Wyndham Hotels & Resorts, Inc., Wyndham Hotel Group, LLC, Days Inns Worldwide, Inc., and AAP Redevelopment, LLC.

4.     This dismissal is without prejudice.

5.     This dismissal is as to Wyndham Hotels & Resorts, Inc., Wyndham Hotel Group, LLC, Days Inns Worldwide, Inc., and AAP Redevelopment, LLC.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jane Doe (L.M.H.), dismisses her claims against Defendants Wyndham Hotels & Resorts, Inc., Wyndham Hotel Group, LLC, Days Inns Worldwide, Inc., and AAP Redevelopment, LLC, without prejudice.

DATED: October 31, 2025                    Respectfully submitted,

By: /s/*Francesca A. Iacovangelo, Esq.*
Francesca A. Iacovangelo, Esq.
LOCKS LAW FIRM
601 Walnut Street, Suite 720 E.
Philadelphia, PA 19106
(215) 893-3454
(215) 893-3444 facsimile
fiacovangelo@lockslaw.com

Eric Bihlear, Esq.
LOCKS LAW FIRM
801 N. Kings Highway
Cherry Hill, NJ 08034
(856) 663-8200
(856) 823-1551 facsimile
ebihlear@lockslaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October 2025, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

*/s/ Francesca A. Iacovangelo*
Francesca A. Iacovangelo, Esq.

SO ORDERED:

Date: November 3, 2025

*/s/ Jamel K. Semper*
Hon. Jamel K. Semper, U.S.D.J.